Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−31459−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen M. Mungo
   10 W. Spring Garden Street
   Palmyra, NJ 08065

Social Security No.:
   xxx−xx−9230

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2018
JAN: bwj

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31459-MBK
Stephen M. Mungo                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db         +Stephen M. Mungo,    10 W. Spring Garden Street,    Palmyra, NJ 08065-2549
cr         +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,
             PO Box 55004,    Irvine, CA 92619-5004
517136601   Brigantine Inn Resort Club Condo Assoc,    PO Box 29352,    Phoenix, AZ 85038-9352
517136604   Department of the Treasury,    State of New Jersey,    Trenton, NJ 08625-0295
517136607  +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517136608  +Law Office of Robert Braverman,    1060 N Kings Hwy, Ste 333,    Cherry Hill, NJ 08034-1910
517318115  +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
             Dallas, TX 75261-9096
517136611   Nationstar Mortgage/Mr Cooper,    PO Box 650783,    Dallas, TX 75265-0783
517136612  +Santander Consumer USA,    PO Box 961288,    Fort Worth, TX 76161-0288
517616123   U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
             Irvine, CA 92619-2708
517616124  +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
             Irvine, CA 92619-2708,    U.S. Bank National Association,
             c/o Rushmore Loan Management Services 92619-2708
517136613  +United States Attorney for the IRS,    970 Broad St, 5th Fl,    Newark, NJ 07102-2527
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40     U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:37     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517136602   EDI: CAPITALONE.COM Jul 28 2018 03:28:00     Capital One,   15000 Capital One Dr,
             Henrico, VA 23238
517136603   EDI: CAPITALONE.COM Jul 28 2018 03:28:00     Capital One Bank (USA), NA,    PO Box 71083,
             Charlotte, NC 28272-1083
517136605   EDI: IRS.COM Jul 28 2018 03:28:00     District Director of the IRS,    955 So Springfield Ave,
             Springfield, NJ 07081
517315934  +E-mail/Text: bankruptcy@legacyvacationclub.com Jul 27 2018 23:54:07     Legacy Vacation Club,
             PO Box  690999,    Orlando, FL 32869-0999
517370583   EDI: MERRICKBANK.COM Jul 28 2018 03:28:00     MERRICK BANK,   Resurgent Capital Services,
             PO Box 10368,    Greenville, SC 29603-0368
517136609  +E-mail/Text: bknotices@mbandw.com Jul 27 2018 23:54:07     McCarthy, Burgess & Wolff, Inc,
             26000 Cannon Road,    Bedford, OH 44146-1807
517136610  +EDI: MERRICKBANK.COM Jul 28 2018 03:28:00     Merrick Bank Corp/Mastercard,    PO Box 9201,
             Old Bethpage, NY 11804-9001
517298664   EDI: PRA.COM Jul 28 2018 03:28:00     Portfolio Recovery Associates, LLC,
             c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517187682  +EDI: DRIV.COM Jul 28 2018 03:28:00     Santander Consumer USA Inc.,    PO Box 961245,
             Fort Worth, TX 76161-0244
517177600  +EDI: DRIV.COM Jul 28 2018 03:28:00     Santander Consumer USA, Inc.,    P.O. Box 560284,
             Dallas, TX 75356-0284
517244874  +EDI: AIS.COM Jul 28 2018 03:28:00     Verizon,   by American InfoSource LP as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517136614  +EDI: VERIZONCOMB.COM Jul 28 2018 03:33:00     Verizon Wireless,    PO Box 650051,
             Dallas, TX 75265-0051
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517136606*  +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2             Date Rcvd: Jul 27, 2018
                              Form ID: 148              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Robert   Braverman    on behalf of Debtor Stephen M. Mungo robert@bravermanlaw.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```