Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–31459–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen M. Mungo
   10 W. Spring Garden Street
   Palmyra, NJ 08065

Social Security No.:
   xxx–xx–9230

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/28/2018 and a confirmation hearing on such Plan has been scheduled for 10/23/2018 at 10:00 AM.

The debtor filed a Modified Plan on 9/28/2018 and a confirmation hearing on the Modified Plan is scheduled for 11/13/2018 at 10:00 am. Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.      The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

      A full copy of the modified Plan will follow this notice.

Dated: October 1, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31459-MBK
Stephen M. Mungo                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 01, 2018
                             Form ID: 186          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db         +Stephen M. Mungo,   10 W. Spring Garden Street,   Palmyra, NJ 08065-2549
cr         +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,
             PO Box 55004,   Irvine, CA 92619-5004
517136601   Brigantine Inn Resort Club Condo Assoc,   PO Box 29352,   Phoenix, AZ 85038-9352
517740347  +Chiquita Mungo,   15 Merion Lane,   Willingboro, NJ 08046-2111
517136604   Department of the Treasury,   State of New Jersey,   Trenton, NJ 08625-0295
517136607  +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Collingswood, NJ 08108-2812
517136608  +Law Office of Robert Braverman,   1060 N Kings Hwy, Ste 333,   Cherry Hill, NJ 08034-1910
517318115  +Nationstar Mortgage LLC d/b/a Mr. Cooper,   ATTN: Bankruptcy Department,   P.O. Box 619096,
             Dallas, TX 75261-9096
517136611   Nationstar Mortgage/Mr Cooper,   PO Box 650783,   Dallas, TX 75265-0783
517136612  +Santander Consumer USA,   PO Box 961288,   Fort Worth, TX 76161-0288
517187682  +Santander Consumer USA Inc.,   PO Box 961245,   Fort Worth, TX 76161-0244
517177600  +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
517616123   U.S. Bank National Association,   c/o Rushmore Loan Management Services,   PO Box 52708,
             Irvine, CA 92619-2708
517616124  +U.S. Bank National Association,   c/o Rushmore Loan Management Services,   PO Box 52708,
             Irvine, CA 92619-2708,   U.S. Bank National Association,
             c/o Rushmore Loan Management Services 92619-2708
517136613  +United States Attorney for the IRS,   970 Broad St, 5th Fl,   Newark, NJ 07102-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2018 23:51:08    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2018 23:51:07     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517136602   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 00:00:23    Capital One,
             15000 Capital One Dr,   Henrico, VA 23238
517136603   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 00:00:22
             Capital One Bank (USA), NA,   PO Box 71083,   Charlotte, NC 28272-1083
517136605   E-mail/Text: cio.bncmail@irs.gov Oct 01 2018 23:50:56    District Director of the IRS,
             955 So Springfield Ave,   Springfield, NJ 07081
517315934  +E-mail/Text: bankruptcy@legacyvacationclub.com Oct 01 2018 23:51:16    Legacy Vacation Club,
             PO Box 690999,   Orlando, FL 32869-0999
517370583   E-mail/Text: bkr@cardworks.com Oct 01 2018 23:50:46    MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517136609  +E-mail/Text: bknotices@mbandw.com Oct 01 2018 23:51:16    McCarthy, Burgess & Wolff, Inc,
             26000 Cannon Road,   Bedford, OH 44146-1807
517136610  +E-mail/Text: bkr@cardworks.com Oct 01 2018 23:50:46    Merrick Bank Corp/Mastercard,
             PO Box 9201,   Old Bethpage, NY 11804-9001
517298664   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 00:00:09
             Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
             Norfolk VA 23541
517244874  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2018 00:00:13    Verizon,
             by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517136614  +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 01 2018 23:50:48
             Verizon Wireless,   PO Box 650051,   Dallas, TX 75265-0051
                                                                                        TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517136606*  +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 01, 2018
                              Form ID: 186             Total Noticed: 27

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          rsolarz@kmllawgroup.com
          Robert  Braverman    on behalf of Debtor Stephen M. Mungo robert@bravermanlaw.com
          Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 6